# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES A. JOHNSON,**

Petitioner,

v.

**MIKE ATCHISON, Menard Correctional Center,**

Respondent.                                             No. 10-CV-386-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Report and Recommendation from United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 8, 2012, the Report and Recommendation is **ADOPTED** and the Petition for Writ of Habeas Corpus is **DENIED** and this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: August 8, 2012

Digitally signed by David R. Herndon
Date: 2012.08.08 15:52:51 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT